

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES, INC., | § | |
| | | No. 08-12-00366-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 171st Judicial District Court |
| JOEL ANTONIO FLORES, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2012-DCV-03074) |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant represents that this Court has ruled there is no interlocutory appellate jurisdiction under Section 51.016 of the Texas Civil Practice and Remedies Code. *See* TEX.CIV.PRAC.&REM.CODE ANN. § 51.016 (West Supp. 2012). Appellant requests this Court enter an order dismissing the appeal. Appellee does not oppose the motion, and there is no indication that dismissal would prevent Appellee from seeking the relief to which it would otherwise be entitled. *See* TEX.R.APP.P. 42.1(a)(1). We therefore grant Appellant's motion and dismiss the appeal. Because the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX.R.APP.P.42.1(d).

February 27, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.